# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID J. SCOTT,

       Plaintiff,

v.                                        Case No. 06-13916

DANIEL A. BURRESS and BRIAN LAVAN,    District Judge Arthur J. Tarnow

       Defendants.                   Magistrate Judge Virginia M. Morgan

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [94];
## AND DENYING MOTION TO REOPEN [71] AND EMERGENCY MOTION [74] FOR TRO OR FOR PRELIMINARY INJUNCTION

      Before the court is M.J. Morgan's report and recommendation, as well as plaintiff's objections.

      The court ADOPTS the report and recommendation. Even if plaintiff's motion to reopen is deemed timely, the motion does not warrant relief on the merits. Plaintiff, though proceeding *pro se*, is an experienced litigator and was on notice of the need to maintain a current address with the court, notwithstanding the lack of a warning from this court before the dismissal of his complaint in March 2008.

      Accordingly, the motion to reopen is DENIED. Consequently, the motion for injunctive relief is also DENIED.

06-13916

SO ORDERED.

                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              United States District Judge

Dated:  August 24, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2009, by electronic and/or ordinary mail.

                              S/THERESA E. TAYLOR
                              Case Manager